STEVEN NECAISE *v.* COMMISSIONER
OF CORRECTION
(AC 33683)

Lavine, Bear and Sheldon, Js.

Submitted on briefs May 17—officially released June 11, 2013

Per Curiam. The judgment is affirmed.

MAARTEN DE JONG *v.* JEM BUILDERS,
INC., ET AL.
(AC 34782)

Gruendel, Beach and Robinson, Js.

Submitted on briefs May 17—officially released June 11, 2013

Per Curiam. The judgment is affirmed.

WILLIE SAUNDERS *v.* COMMISSIONER
OF CORRECTION
(AC 34323)

Gruendel, Beach and Robinson, Js.

Submitted on briefs May 17—officially released June 11, 2013

Per Curiam. The appeal is dismissed.